Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 10-70414-HDH-13 |
| REGAN KEITH HOLLAR | HEARING DATE:  10/17/2012 |
| CATHY LYNN HOLLAR | HEARING TIME:   10:00am |

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $922.00 per month beginning 10/3/2010. The total amount paid to the Trustee is $15,279.00 and the total amount in arrears is $1,844.00  through September 2012.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee
PO Box 94210
Lubbock, TX 79493**

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 10/17/2012 AT 10:00am AT THE FOLLOWING ADDRESS:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

REGAN KEITH HOLLAR & CATHY LYNN HOLLAR 4088 HWY 82 WEST  SEYMOUR TX 76380

HUGHES WATTERS & ASKANASE 333 CLAY 29TH FLOOR  HOUSTON TX 77002

DILIGENTSIA CAPITAL GROUP LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE  SUITE 1120 MIAMI FL 33131

Date:    9/12/2012                                              /s/ Walter O'Cheskey
                                                                    _____
                                                                    Walter O'Cheskey
                                                                    Chapter 13 Trustee